**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ernest Lee McCARTY, Defendant–Appellant.**

**Nos. 13–51040, 13–51136 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 17, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

John Anthony Peralta, Esq., Liberty, TX, for Defendant–Appellant.

Ernest Lee McCarty, Three Rivers, TX, pro se.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ernest Lee McCarty has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). McCarty has filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as McCarty's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.